## MASHBURN v. THE STATE.

BECK, J.   There was sufficient evidence to authorize the verdict.   No errors of law are complained of, and the judgment of the court below refusing a new trial will not be disturbed.

                    *Judgment affirmed.   All the Justices concur.*

Submitted March 19,—Decided May 14, 1906.

Accusation of unlawful sale of liquor.   Before Judge Henderson. City court of Vienna.   January 27, 1906.

  *Busbee & Busbee,* for plaintiff in error.

  *E. F. Strozier, solicitor,* contra.